# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, a National Banking Association; WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation (formerly known as World Savings Bank, FSB); DOES 1-200, inclusive,<br><br>Defendants. | CASE NO. 09-CV-1629 - IEG (JMA)<br><br>ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS<br><br>[Doc. No. 7] |

Before the Court is Defendants' Motion to Dismiss Complaint under Federal Rules of Civil Procedure 12(b)(6) and 12(e). [Doc. No. 7]. On September 16, 2009, Plaintiff filed his First Amended Complaint. [Doc. No. 10]. Accordingly, Defendants' Motion to Dismiss is DENIED AS MOOT. See Fed. R. Civ. P. 15(a)(1)(A). Moreover, the Court hereby VACATES the hearing associated with this motion, which was set for October 5, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED:  September 28, 2009

IRMA E. GONZALEZ, Chief Judge
United States District Court

- 1 -

09cv1629-IEG (JMA)